**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 17-6333**

─────────────

STEVE C. CHADWICK,

             Plaintiff - Appellant,

        v.

WARDEN,

             Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:16-cv-04063-RDB)

─────────────

Submitted:  April 25, 2017                         Decided:  April 28, 2017

─────────────

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Steve Carl Chadwick, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve C. Chadwick appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Chadwick's informal brief does not challenge the basis for the district court's disposition, Chadwick has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*